IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHELLE MITCHELL,

        Plaintiff,

vs.                                               Civ. No. 18-136 KRS

NANCY A. BERRYHILL,
Deputy Commissioner for Operations,
performing the duties and functions
not reserved to the Commissioner
of the Social Security Administration,

        Defendant.

## ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME

THIS MATTER coming before the Court upon Plaintiff's Unopposed Motion for Extension of Time, it being stated that opposing counsel concurs in the granting of the Motion, and the Court having read the Motion and being fully advised of the premises,

IT IS THEREFORE ORDERED that Plaintiff is granted through July 13, 2018, to serve her Motion to Reverse or Remand Administrative Agency Decision with Supporting Memorandum.

IT IS FURTHER ORDERED that Defendant is granted through September 7, 2018 to serve her Response, and Plaintiff through October 5, 2018 to serve her Reply.

                                                          _____
                                                          HONORABLE KEVIN R. SWEAZEA
                                                          UNITED STATES MAGISTRATE JUDGE